UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


EDWARD WALKER HERLITZ

VERSUS

JLG INDUSTRIES, INC.

CIVIL ACTION

NUMBER 10-799-FJP-DLD

### **RULING**

This matter is before the Court on the motion to dismiss by the defendant pursuant to Rule 16(f)(1)(C) and Rule 37(b)(2)(A) of the Federal Rules of Civil Procedure.[1] Plaintiff has failed to oppose this motion within 21 days as required by Local Rule 7.5M; therefore, the Court must assume that plaintiff has no opposition to this motion.[2] Further, the Court finds that the motion should be granted as a matter of fact and law for plaintiff's repeated failure to cooperate with discovery obligations.

Therefore, the motion to dismiss is granted and plaintiff's

---

[1] Rec. Doc. No. 20.

[2] *See* Local Rule 7.5M, which requires "[e]ach respondent opposing a motion is required [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 21 days after service of the motion."

Doc#47691

complaint against the defendant is dismissed with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 25, 2012.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47691